IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

CRIMINAL 08-0156CCC

GENARO NUÑEZ
 a/k/a Jesús Rodríguez-Vásquez
Defendant

# O R D E R

Having considered the Report and Recommendation filed on June 19, 2008 (**docket entry 20**) on a Rule 11 proceeding of defendant held before Magistrate Judge Bruce J. McGiverin on June 19, 2008, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of an abbreviated Presentence Investigation Report since June 19, 2008. The **sentencing hearing is set for July 8, 2008 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on July 2, 2008.

S/ CARMEN CONSUELO CEREZO
United States District Judge